CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendants
99 CENTS ONLY STORES, LLC and
NUMBER HOLDINGS, INC.

IN THE UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HEARD, | Case No.: 2:21-CV-00069-KJM-DB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER** |
| vs. | |
| 99 CENTS ONLY STORES, LLC; NUMBER HOLDINGS, INC.; and DOES 1 to 10, | Action Filed: October 15, 2020 |
| | Trial Date: Not Set |
| Defendants. | |

WHEREAS the parties herein do agree and stipulate, by and through their respective attorneys of record, to modify the scheduling order of May 20, 2021; WHEREAS the parties have a mediation set for April 6, 2022 with Bruce Kilday and wish to save the time, money and resources to complete the below until such time as the case fails to settles. WHEREAS preliminary fact discovery has been completed but each party agrees that should the case not resolve at mediation, additional fact discovery may be required; WHEREAS there is no trial date, the parties proposes the new deadlines:

| | Event | Current Date | Proposed New Date |
|---|---|---|---|
| 1. | Close of fact discovery | February 16, 2022 | June 6, 2022 |
| 2. | Last day to exchange expert disclosures | March 1, 2022 | August 6, 2022 |
| 3. | Last day to exchange rebuttal expert witnesses | March 14, 2022 | August 20, 2022 |
| 4. | Close of expert discovery | May 31, 2022 | November 15, 2022 |

STIPULATION AND ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER
20-101/PLEADING.XXX                    - 1 -
CSP/RLM:kf

| 5. | Last day to hear dispositive motions | August 5, 2022 | December 3, 2022 |

**IT IS SO STIPULATED:**

DATED:  February ____, 2022

                McCRARY LAW FIRM

By _____
DANIEL MCCRARY
Attorneys for Plaintiff
DEBORAH HEARD

DATED:  February ____, 2022

                ERICKSEN ARBUTHNOT

By _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants
99 CENTS ONLY STORES, LLC and
NUMBER HOLDINGS, INC.

**ORDER**

Based on the stipulation of the parties, and good cause appearing, the court enters the foregoing modified scheduling order, with the exception of the parties' proposed date to hear dispositive motions. All dispositive motions, except for motions for continuances, temporary restraining orders, or other emergency applications, shall be heard by December 9, 2022.

**IT IS SO ORDERED**.

DATED: March 21, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE