CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendants
99 CENTS ONLY STORES, LLC and
NUMBER HOLDINGS, INC.

## IN THE UNITED STATES DISTRICT COURT

## IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HEARD, | Case No.:  2:21-CV-00069-KJM-DB |
| Plaintiff, | **ORDER EXTENDING DEADLINES IN SCHEDULING ORDER** |
| vs. | |
| 99 CENTS ONLY STORES, LLC; NUMBER HOLDINGS, INC.; and DOES 1 to 10, | Action Filed:  October 15, 2020<br>Trial Date:  Not Set |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing, the court enters the following modified scheduling order.

| | Event | Current Date | New Date |
|---|---|---|---|
| 1. | Close of fact discovery | June 6, 2022 | October 4, 2022 |
| 2. | Last day to exchange expert disclosures | August 6, 2022 | December 5, 2022 |
| 3. | Last day to exchange rebuttal expert witnesses | August 20, 2022 | December 19, 2022 |
| 4. | Close of expert discovery | November 15, 2022 | March 15, 2023 |
| 5. | Last day to hear dispositive motions, except for motions for continuances, temporary | December 9, 2022 | April 21, 2023 |

| restraining orders, or other emergency applications | | |
|---|---|---|

 The stipulated request to extend time is granted with the modifications noted above.  The court does not anticipate granting any further requests absent a detailed showing of good cause. The parties are cautioned that the agreement of counsel and the press of other business do not ordinarily constitute good cause.  *See, e.g.*, *Sloane v. Karma Enters., Inc.*, No. 08-05094, 2009 WL 10674307, at *4 (C.D. Cal. Mar. 16, 2009).

 **IT IS SO ORDERED**

DATED:  June 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE